|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire BT7513 |
| In Re:<br><br>**CHRISTINA I. OTT-CRAMER** |

**Order Filed on August 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 13-10500

Adv. No.:

Hearing Date: 09/05/17

Judge: ABA

## ORDER PERMITTING MODIFICATION OF FIRST MORTGAGE
## WITH RUSHMORE LOAN MANAGEMENT SERVICES, LLC

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: August 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: Christina I. Ott-Cramer
Case No.: 13-10500/ABA
Caption of Order: Order Permitting Modification of First Mortgage with
Rushmore Loan Management Services, LLC

---

Upon application of the debtors seeking approval of a proposed mortgage modification with Rushmore Loan Management Services, LLC, and the Court having considered the certification of the debtors and for the good cause shown, it is hereby **ORDERED** that

1. The Court hereby authorizes secured creditor and debtor to enter into a loan modification.

2. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification.

3. The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.

4. In the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.

5. In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

6. Debtors shall file an Amended Schedule J and Modified Plan within twenty (20) days of this Order.

7. Communication and/or negotiations between debtors and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any

such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

      8.    Debtors to provide an executed copy of the Loan Agreement within ten (10) days of closing.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-10500-ABA
Christina I. Ott-Cramer                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1           Date Rcvd: Aug 28, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db             +Christina I. Ott-Cramer,    35 Vail Court,    Absecon, NJ 08205-9324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Brian S. Thomas    on behalf of Debtor Christina I. Ott-Cramer brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, NA jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael S. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com
                                                                                               TOTAL: 8