| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Christina I. Ott–Cramer | Social Security number or ITIN: | xxx–xx–7817 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ | |
| | | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   1/10/13 |
| Case number: | 13–10500–ABA | Date case converted to chapter: | 7   9/6/17 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christina I. Ott–Cramer | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 35 Vail Court<br>Absecon, NJ 08205 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian S. Thomas<br>Brian S. Thomas, Esq<br>327 Central Ave<br>Suite 103<br>Linwood, NJ 08221 | Contact phone (609) 601–6066 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas J Subranni<br>Subranni Zauber<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401 | Contact phone (609) 347–7000 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676-6856 | 401 Market Street<br>Camden, NJ 08102<br><br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856−361−2300<br><br>Date: 9/13/17 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 19, 2017 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/18/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Certificate of Notice    Page 3 of 4

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 13-10500-ABA
Christina I. Ott-Cramer                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 13, 2017
                              Form ID: 309A            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
```
db             +Christina I. Ott-Cramer,    35 Vail Court,    Absecon, NJ 08205-9324
tr             +Thomas J Subranni,    Subranni Zauber,    1624 Pacific Avenue,    Atlantic City, NJ 08401-6958
513602954     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Sunoco,    PO Box 689155,    Des Moines, IA 50368)
513734296      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
516136120     +MTGLQ Investors,c/o The Goldman Sachs Group,,    6011 Connection Drive, 5th Floor,
                Irving, TX 75039-2607
516136121     +MTGLQ Investors,c/o The Goldman Sachs Group,,    6011 Connection Drive, 5th Floor,
                Irving, TX 75039,    MTGLQ Investors,c/o The Goldman Sachs Gr,
                6011 Connection Drive, 5th Floor,    Irving, TX 75039-2607
513873606     +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: brian@brianthomaslaw.com Sep 13 2017 22:56:28     Brian S. Thomas,
                Brian S. Thomas, Esq,    327 Central Ave,    Suite 103,    Linwood, NJ  08221
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 22:57:24     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 22:57:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513602950       EDI: BANKAMER.Sep 13 2017 22:33:00     Bank of America,    PO Box 982238,
                El Paso, TX 79998
513602951      +EDI: CHASE.COM Sep 13 2017 22:33:00     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
513602952       EDI: DISCOVER.COM Sep 13 2017 22:33:00     Discover,    PO Box 15316,    Wilmington, DE 19850
513613373       EDI: DISCOVER.COM Sep 13 2017 22:33:00     Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
513602953      +EDI: RMSC.COM Sep 13 2017 22:33:00     GECRB/Care Credit,    PO Box 965036,
                Orlando, FL 32896-5036
513830420       EDI: PRA.COM Sep 13 2017 22:33:00     Portfolio Recovery Associates, LLC,
                c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
515557988      +EDI: WFFC.COM Sep 13 2017 22:33:00     Wells Fargo Bank, NA,    1 Home Campus,    MAC#x2302-04C,
                Des Moines IA 50328-0001
513602955      +EDI: WFFC.COM Sep 13 2017 22:33:00     Wells Fargo Mortgage,    PO Box 14411,
                Des Moines, IA 50306-3411
514003341       EDI: ECAST.COM Sep 13 2017 22:33:00     eCAST Settlement Corporation,    POB 29262,
                New York NY 10087-9262,    eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
514003340       EDI: ECAST.COM Sep 13 2017 22:33:00     eCAST Settlement Corporation,    POB 29262,
                New York NY 10087-9262
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 13, 2017
                              Form ID: 309A            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Brian S. Thomas    on behalf of Debtor Christina I. Ott-Cramer brian@brianthomaslaw.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, NA jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
           bankruptcynotice@zuckergoldberg.com
          Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael S. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
           bankruptcynotice@zuckergoldberg.com
          Thomas J Subranni    trustee@subranni.com,
           szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
           tions.com;hinnaurato@subranni.com
                                                                                               TOTAL: 8
```