## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                    Case No.: 13-10500
OTT-CRAMER, CHRISTINA I.                  Chapter 7
                                          Judge: Andrew B. Altenburg, Jr.

---

### NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

#### Address of the Clerk:

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on November 21, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 35 VAIL COURT, GALLOWAY NJ 08205 | $90,566.00 | $137,035.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Thomas J. Subranni
Address:       1624 Pacific Avenue, Atlantic City, NJ 08401
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-10500-ABA
Christina I. Ott-Cramer                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Oct 23, 2017
                             Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db            +Christina I. Ott-Cramer,   35 Vail Court,    Absecon, NJ 08205-9324
513602950    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
513602954    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Sunoco,   PO Box 689155,    Des Moines, IA 50368)
513602951     +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
513734296      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
516136120     +MTGLQ Investors,c/o The Goldman Sachs Group,,    6011 Connection Drive, 5th Floor,
               Irving, TX 75039-2607
516136121     +MTGLQ Investors,c/o The Goldman Sachs Group,,    6011 Connection Drive, 5th Floor,
               Irving, TX 75039,   MTGLQ Investors,c/o The Goldman Sachs Gr,
               6011 Connection Drive, 5th Floor,    Irving, TX 75039-2607
513873606     +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
515557988     +Wells Fargo Bank, NA,    1 Home Campus,    MAC#x2302-04C,   Des Moines IA 50328-0001
513602955     +Wells Fargo Mortgage,    PO Box 14411,   Des Moines, IA 50306-3411
514003340      eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262
514003341      eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262,
               eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 23 2017 21:31:13      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 23 2017 21:31:11      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
513602952      E-mail/Text: mrdiscen@discover.com Oct 23 2017 21:30:57      Discover,   PO Box 15316,
               Wilmington, DE 19850
513613373      E-mail/Text: mrdiscen@discover.com Oct 23 2017 21:30:57      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
513602953     +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2017 21:32:51      GECRB/Care Credit,
               PO Box 965036,   Orlando, FL 32896-5036
513830420      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2017 21:32:39
               Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
               Norfolk VA 23541
                                                                                         TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                            Signature:   /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Andrew L. Spivack   on behalf of Creditor  WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Brian S. Thomas   on behalf of Debtor Christina I. Ott-Cramer brian@brianthomaslaw.com
              Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel A. Ackerman   on behalf of Creditor   Wells Fargo Bank, NA jackerman@zuckergoldberg.com
              Joel A. Ackerman   on behalf of Creditor   WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Oct 23, 2017
                             Form ID: pdf905           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael S. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
                                                                                         TOTAL: 9