**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christina I. Ott–Cramer | Social Security number or ITIN   xxx–xx–7817 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   13–10500–ABA | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christina I. Ott–Cramer

12/22/17                                           **By the court:**   Andrew B. Altenburg Jr.
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-10500-ABA
Christina I. Ott-Cramer                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Dec 22, 2017
                               Form ID: 318             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
```
db          +Christina I. Ott-Cramer,   35 Vail Court,   Absecon, NJ 08205-9324
513602954   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Sunoco,   PO Box 689155,   Des Moines, IA 50368)
517190808   +Comcast,   PO Box 3001,   Southeastern PA 19398-3001
517190810   +Eric S. Kershenblatt, PC,   48 South New York Road,   Absecon NJ 08205-9680
513734296    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
516136120   +MTGLQ Investors,c/o The Goldman Sachs Group,,   6011 Connection Drive, 5th Floor,
             Irving, TX 75039-2607
516136121   +MTGLQ Investors,c/o The Goldman Sachs Group,,   6011 Connection Drive, 5th Floor,
             Irving, TX 75039,   MTGLQ Investors,c/o The Goldman Sachs Gr,
             6011 Connection Drive, 5th Floor,   Irving, TX 75039-2607
517190811   +Ryan's Ridge Condominium Association,   c/o DiLucia Management Corp,   1000 Bally Bunion Drive,
             Egg Harbor City NJ 08215-5104
513873606   +Wells Fargo Bank, NA,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
             Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2017 22:15:45    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2017 22:15:41    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
513602950    EDI: BANKAMER.COM Dec 22 2017 21:58:00    Bank of America,   PO Box 982238,
             El Paso, TX 79998
513602951   +EDI: CHASE.COM Dec 22 2017 21:58:00    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
517190809   +EDI: CMIGROUP.COM Dec 22 2017 21:58:00    Credit Management,   4200 International Parkway,
             Carrollton TX 75007-1912
513602952    EDI: DISCOVER.COM Dec 22 2017 21:58:00    Discover,   PO Box 15316,   Wilmington, DE 19850
513613373    EDI: DISCOVER.COM Dec 22 2017 21:58:00    Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
513602953   +EDI: RMSC.COM Dec 22 2017 21:58:00    GECRB/Care Credit,   PO Box 965036,
             Orlando, FL 32896-5036
513830420    EDI: PRA.COM Dec 22 2017 21:58:00    Portfolio Recovery Associates, LLC,
             c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541
515557988   +EDI: WFFC.COM Dec 22 2017 21:58:00    Wells Fargo Bank, NA,   1 Home Campus,   MAC#x2302-04C,
             Des Moines IA 50328-0001
513602955   +EDI: WFFC.COM Dec 22 2017 21:58:00    Wells Fargo Mortgage,   PO Box 14411,
             Des Moines, IA 50306-3411
514003341    EDI: ECAST.COM Dec 22 2017 21:58:00    eCAST Settlement Corporation,   POB 29262,
             New York NY 10087-9262,   eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262
514003340    EDI: ECAST.COM Dec 22 2017 21:58:00    eCAST Settlement Corporation,   POB 29262,
             New York NY 10087-9262
                                                                                               TOTAL: 13
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Dec 22, 2017
                                  Form ID: 318             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Brian S. Thomas    on behalf of Debtor Christina I. Ott-Cramer brian@brianthomaslaw.com
              Denise E. Carlon     on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel A. Ackerman     on behalf of Creditor    Wells Fargo Bank, NA jackerman@zuckergoldberg.com
              Joel A. Ackerman     on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com
              Joshua I. Goldman     on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael S. Ackerman     on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com
              Thomas J Subranni     trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              Thomas J Subranni     on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
                                                                                             TOTAL: 9
```